```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 07602
  TINA HAWKINS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1547

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 02/27/2004 and was confirmed 06/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/08/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
FAIRBANKS CAPITAL CORP   CURRENT MORTG         .00          .00           .00
FAIRBANKS CAPITAL CORP   MORTGAGE ARRE    16848.00          .00      16848.00
MICHAEL B DEDIO          DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                      1,016.92
DEBTOR REFUND            REFUND                                         178.08

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE            18,043.00

PRIORITY                                          .00
SECURED                                     16,848.00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         1,016.92
DEBTOR REFUND                                  178.08
                   ---------------        ---------------
TOTALS             18,043.00                18,043.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 09/25/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```